UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 2:20-cv-14342-KMM

FILED BY PG D.C.

OCT 21 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SECURITIES AND EXCHANGE
COMMISSION

Plaintiff,

v.

THOMAS GITY, SR, *et al.*,
Defendants.

_____/

## Answer of Thomas Gity, Jr. and Treasure Coast Property Enterprises LLC to the Complaint

Thomas Gity, Jr. files this Answer on behalf of himself and his wholly owned company, Treasure Coast Enterprises, LLC, to the Complaint filed in this lawsuit by the Securities and Exchange Commission.

First. I have no knowledge of the truth or accuracy of the allegations of the Complaint against my father, Thomas Gity, Sr.

Second. I did receive a large sum of money from my father in early 2019, but I am not sure of the exact amount.

Third. I have no knowledge that the money paid to me by my father was tainted. I believed that the money he paid me was validly obtained by him.

Fourth. The money paid to me by my father was in partial payment of a longstanding financial obligation of my father to me.

Fifth. None of the money paid to me by my father was deposited in any of my business bank accounts. My three businesses are all valid, functioning businesses with income and expenses.

Sixth. The freezing of my business bank accounts has worked a severe hardship on me as I have been unable to pay for merchandise ordered by my business or receive payments from my customers.

Seventh.  have an IRA account at E*TRADE Securities. None of the money in my E*TRADE IRA account came from any of the money paid to me by my father.

Eighth. I request that the freeze of my three business bank accounts at Wells Fargo as well as my E*TRADE IRA account be lifted immediately and further that this lawsuit be sorted out and resolved as quickly as possible, as my wholly owned company, Treasure Coast Enterprises, LLC, and I are only relief defendants, but this lawsuit has had serious negative consequences for me and my businesses. I'd like to/need to get on with my life.

SERVICE OF THIS ANSWER was made by sending a copy to the Clerk's office by overnight mail and by email to Wilfredo Hernandez, an attorney with the Securities and Exchange Commission, at FernandezW@sec.gov.

Dated October 20. 2020

Respectfully submitted,

Thomas J. Gity, Jr.
   for himself and Treasure Coast Enterprises, LLC,
393 Southwest Kestor Drive,
Port St. Lucie, FL 34953
tjgity05@yahoo.com
(772) 224-2835

Align top of FedEx Express® shipping label here.

```
ORIGIN ID:FPRA  (954) 295-7605        SHIP DATE: 20OCT20
THOMAS GITY                           ACTWGT: 0.20 LB
                                      CAD: 9897165/SSF02121
393 SW KESTOR DR

PORT ST LUCIE, FL 34953               BILL CREDIT CARD
UNITED STATES US

TO  CLERK OF THE COURT
    WILKE D FERGUSON JR
    US COURTHOUSE
    400 N. MIAMI AVE
    MIAMI FL 33128
    (000) 000-0000
```

FedEx Express

TRK# 3980 4323 8293      WED – 21 OCT 10:30A
0201                     PRIORITY OVERNIGHT

3C MPBA                              DSR
                                    33128
                             FL-US   MIA