UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  2:20-CV-14342-KMM-SM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS GITY, SR., | ) |
| | ) |
| Defendant, and | ) |
| | ) |
| | ) |
| THOMAS GITY, JR., | ) |
| TREASURE COAST PROPERTY | ) |
| ENTERPRISES, LLC | ) |
| | ) |
| | ) |
| Relief Defendants. | ) |
| | ) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT THOMAS J. GITY, SR.'S AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1.  The Securities and Exchange Commission ("Commission") and Defendant Thomas J. Gity Sr. ("Gity Sr.") hereby move this Court for an Order extending by 45 days the time for Gity Sr. to respond to Plaintiff's Complaint. (D.E. 1).  Although he has not yet entered an appearance, Norman B. Arnoff, Esq., 2651 South Course Drive, Unit 401, Building 14, Pompano Beach FL 33069, will be representing Gity Sr.  Counsel for the Commission has conferred with Mr. Arnoff, who is agreeable to this request.

2.  In support of this motion, the parties, through their counsel, have agreed to meet and confer in an attempt to resolve all or some of the outstanding issues to avoid the time and expense of further litigation.

3. If the outstanding issues are not resolved and the matter is not settled, the parties have agreed to a period of forty-five (45) days from the date of this Motion for Gity Sr. to respond to the Complaint.

Dated: October 30, 2020                        Respectfully submitted,

                                               s/*Wilfredo Fernandez*
                                               Wilfredo Fernandez
                                               Senior Trial Counsel
                                               Fla. Bar No. 142859
                                               Direct Dial: (305) 982-6376
                                               E-mail: fernandezw@sec.gov
                                               Attorney for Plaintiff
                                               **SECURITIES AND EXCHANGE COMMISSION**
                                               801 Brickell Avenue, Suite 1950
                                               Miami, Florida 33131

Of Counsel:

Alexander Charap
Counsel
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Wilfredo Fernandez          
Wilfredo Fernandez, Esq.

## **SERVICE LIST**

Norman B. Arnoff, Esq.
2651 South Course Drive
Unit 401, Building 14
Pompano Beach FL 33069
*Via Email:* nbarnoff@aol.com