UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14342-CIV-CANNON/Maynard

**SECURITIES AND EXCHANGE COMMISION**,

    *Plaintiff*,

v.

**THOMAS GITY, SR., THOMAS GITY, JR., and
TREASURE COAST PROPERTY ENTERPRISES, LLC.**,

    *Defendants.*
_____/

**ORDER REQUIRING JOINT SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **February 19, 2021**. In addition, by **February 19, 2021,** the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 6th day of January, 2021.

*/s/ Aileen M. Cannon*
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Judge Cannon or Magistrate Judge Maynard as interested parties unless they have an interest in the litigation.