UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-CV-14342-AMC-SM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS J. GITY, SR., | ) |
| | ) |
| Defendant, and | ) |
| | ) |
| | ) |
| THOMAS GITY, JR., | ) |
| TREASURE COAST PROPERTY | ) |
| ENTERPRISES, LLC, | ) |
| | ) |
| | ) |
| Relief Defendants. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR ALICE SUM
TO WITHDRAW AS COUNSEL**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Alice Sum moves to withdraw as counsel for Plaintiff Securities and Exchange Commission. Simultaneously with this motion, the Commission is filing a notice of substitution of counsel, in which Alexander Charap confirms he will act as counsel for the Commission on all matters concerning this case. For the Court's convenience, a proposed order is attached.

Respectfully submitted,

January 11, 2021          By:    s/*Alice Sum*
                                 Alice Sum
                                 Fla. Bar No. 354510
                                 Trial Counsel
                                 Direct Dial (305) 416-6293
                                 Email: SumAl@sec.gov

Wilfredo Fernandez
Senior Trial Counsel
Fla. Bar No. 142859
Direct Dial: (305) 982-6376
E-mail: fernandezw@sec.gov

Alexander Charap
Staff Attorney
S.D.F.L. Special Bar No. A5502711
Telephone: (305) 416-6228
Facsimile: (305) 536-4154
E-mail: charapal@sec.gov

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone: (305) 982-6300
Facsimile:   (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 11, 2021, I electronically filed the above document using CM/ECF.  I also certify that the foregoing document is being served this day on all parties, witnesses, and counsel of records identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

s/*Alice Sum*
Alice Sum

## **SERVICE LIST**

Thomas Gity, Jr.
393 Southwest Kestor Drive,
Port St. Lucie, FL 34953
E-mail: tjgity05@yahoo.com

Treasure Coast Property Enterprises, LLC.
c/o Thomas Gity, Jr.
393 Southwest Kestor Drive,
Port St. Lucie, FL 34953
E-mail: tjgity05@yahoo.com

Thomas Gity, Sr.
c/o Norman B. Arnoff, Esq.
2651 South Course Drive
Unit 401, Building 14
Pompano Beach, FL 33069
E-Mail: nbarnoff@aol.com