UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  2:20-CV-14342-AMC-SM

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **THOMAS J. GITY, SR.,** | ) |
| | ) |
| Defendant, and | ) |
| | ) |
| | ) |
| **THOMAS GITY, JR.,** | ) |
| **TREASURE COAST PROPERTY** | ) |
| **ENTERPRISES, LLC,** | ) |
| | ) |
| | ) |
| Relief Defendants. | ) |
| | ) |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's order dated January 6, 2021 (D.E. 23), Plaintiff Securities and Exchange Commission files its Certificate of Interested Parties and Corporate Disclosure Statement

**Interested Parties**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Plaintiff, Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Eric I. Bustillo, Regional Director
Miami Regional Office
Securities and Exchange Commission

Glenn S. Gordon, Associate Regional Director
Miami Regional Office
Securities and Exchange Commission

Andrew O. Schiff, Regional Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Jessica M. Weissman, Assistant Regional Director
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Wilfredo Fernandez, Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Alexander Charap, Staff Attorney
Staff Attorney
801 Brickell Avenue, Suite 1950
Miami, FL 33131

Thomas Gity, Jr.
393 Southwest Kestor Drive,
Port St. Lucie, FL 34953

Thomas Gity, Sr.
c/o Norman B. Arnoff, Esq.
2651 South Course Drive
Unit 401, Building 14
Pompano Beach, FL 33069

Treasure Coast Property Enterprises, LLC
393 Southwest Kestor Drive,
Port St. Lucie, FL 34953

TD Bank, N.A.
9000 Atrium Way
Mt. Laurel, NJ 08054

Coinbase, Inc.
548 Market Street, #23008
San Francisco, CA 94104

Binance Holdings Limited
Governors Square, Suite # 5-204
23 Line Tree Bay Avenue
P.O. Box 2547
Grand Cayman KY 1-1104

E*TRADE Securities LLC
671 North Glebe Road
Arlington, Virginia 22203

Anita Perl
c/o Robert C. Buschel
Buschel Gibbons, P.A.
One Financial Plaza - Suite 1300
100 S.E. Third Avenue
Fort Lauderdale, FL 33394

Seacoast National Bank
815 Colorado Avenue
Stuart, FL 34994

HDR Global Trading Limited
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Bitcoin Investors FL LLC
50 Central Avenue
Suite 800
Sarasota, FL 34236

V&S Holdings Group, LLC
315 SE Mizner Blvd
Suite 202
Boca Raton, FL 33432

**Corporate Disclosure Statement**

Identify any parent corporation and any publicly held corporation owning 10% or more of its stock.

None.

February 19, 2021                                    Respectfully submitted,


                                                     By:s/ Wilfredo Fernandez
                                                     Wilfredo Fernandez, Esq.
                                                     Senior Trial Counsel
                                                     Florida Bar No. 142859
                                                     Direct Dial: (305) 982-6376
                                                     Email:  fernandezw@sec.gov

                                                     Alexander Charap, Esq.
                                                     Staff Attorney
                                                     S.D.F.L. Special Bar No. A5502711
                                                     Telephone: (305) 416-6228
                                                     Facsimile: (305) 536-4154
                                                     E-mail: charapal@sec.gov

                                                     Attorneys for Plaintiff
                                                     **SECURITIES AND EXCHANGE COMMISSION**
                                                     801 Brickell Avenue, Suite 1950
                                                     Miami, Florida 33131
                                                     Telephone: (305) 982-6300
                                                     Facsimile: (305) 536-4146


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19th, 2021, I electronically filed the above document using CM/ECF. I also certify that the foregoing document is being served this day on all parties, witnesses, and counsel of records identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some

other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

s/Wilfredo Fernandez  
Wilfredo Fernandez, Esq.

## **SERVICE LIST**

Norman B. Arnoff, Esq.
2651 South Course Drive, Unit 401, Building 14
Pompano Beach, Florida 33069
E-mail: nbarnoff@aol.com
*Attorney for Defendant*
*Thomas Gity Sr.,*

Roland D. Shindler
Fowler White
200 East Las Olas Boulevard
Suite 2000 – Penthouse B
Fort Lauderdale, Florida 33301
305-789-9222
Fax: 305-782-752
E-Mail: RShindler@fowler-white.com
*Attorney for Defendants Thomas Gity Jr. and Treasure Coast Enterprises LLC*

Thomas Gity, Jr.
393 Southwest Kestor Drive,
Port St. Lucie, FL 34953
E-mail: tjgity05@yahoo.com

Thomas Gity, Sr.
c/o Norman B. Arnoff, Esq.
2651 South Course Drive
Unit 401, Building 14
Pompano Beach, FL 33069
E-Mail: nbarnoff@aol.com