UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  2:20-CV-14342-AMC-SM

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.

**THOMAS GITY, SR.**

      Defendant.

**and**

**THOMAS GITY, JR., and TREASURE COAST ENTERPRISES, LLC,**

      **Relief Defendants.**

### RELIEF DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Relief Defendants, Thomas J. Gity, Jr. and Treasure Coast Enterprises, LLC, hereby disclose the following pursuant to this Court's Interested Persons Order:

1.    The name of each person, associated person, firm, partnership, and corporation that has or may have a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in the case:

      a.    Plaintiff, United States Securities and Exchange Commission

      b.    Defendant, Thomas Gity, Sr.

      c.    Relief Defendant, Thomas J. Gity, Jr.

      d.    Relief Defendant, Treasure Coast Properties, LLC

CASE NO. 20-

    e.    David Chessler
           Sarasota, Florida

    f.    Daniel Scaramolina
           Boca Raton, FL

    h.    Bitcoin Investors FL, LLC

    i.    Anita Perl

    j.    V & S Holdings Group, LLC

Dated: February 19, 2021

Respectfully submitted

/s/ *Ronald Shindler*

Ronald Shindler
Fla. Bar No. 781703
Email: rshindler@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201
*Counsel for Relief Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, the foregoing document was electronically filed with the Court using the CM/ECF electronic filing system which provides notice to all counsel of record.

/s/ Ronald Shindler
Ronald Shindler