UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE No. 20-14342-CIV-CANNON/Maynard

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                              **REPORT OF MEDIATOR**

THOMAS GITY, SR.,

    Defendant, and

THOMAS GITY, JR. and TREASURE
COAST ENTERPRISES, LLC,

    Relief Defendants.
_____/

THIS CAUSE came before the undersigned Mediator on Wednesday, May 19, 2021 for the Mediation Conference pursuant to the agreement of the parties. Upon the conclusion of said Mediation Conference, it was an impasse.

I HEREBY CERTIFY that on May 20, 2021, the foregoing was electronically filed with the Clerk of the Court using CM/ECF, thereby ensuring electronic notification of same to all counsel of record.

                                              /s/*Glenn J. Waldman*
                                              Glenn J. Waldman, Esq.
                                              FL Bar No. 374113
                                              U.S. District Court Mediator
                                              Telephone: (954) 462-2000
                                              gwaldman@gunster.com