UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14342-CIV-CANNON/Maynard

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**THOMAS GITY, SR., THOMAS GITY, JR., and TREASURE COAST PROPERTY ENTERPRISES, LLC.**,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Court's Order Granting Motion for Final Judgment as to Defendant Thomas Gity, Sr. [ECF No. 51]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS and ADJUDGES** that Final Judgment is **ENTERED** in favor of Plaintiff Securities and Exchange Commission and against Defendant Thomas Gity, Sr.

**DONE AND ORDERED** at Fort Pierce, Florida this 23rd day of September 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record